## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEMARSHEY MARTIN,  )
)
Plaintiff,  )
)
vs.  )
)
TERRY A GRISSOM,  )   Case No. 21-cv-1338-DWD
ADEWALE KUFORIJI,  )
REYNAL CALDWELL,  )
TAMMY STEVENS,  )
)
Defendants.  )

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On May 16, 2022, the Court directed Plaintiff Demarshey Martin, to file a second amended complaint by June 15, 2022.  (Doc. 8).  The Court clearly warned Plaintiff that if he failed to file an amended complaint, his case would be dismissed with prejudice for failure to state a claim or to comply with a court order.  (Doc. 8 at 6); *see also* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action with prejudice for failure to prosecute if a party does not provide a timely response to a court order).  Plaintiff has failed to submit a second amended complaint, and for reasons explained in two earlier orders, his other pleadings failed to state a sufficient claim against the defendants.  (Docs. 6, 8).  Therefore, Plaintiff's case is now dismissed for failure to state a claim in his earlier complaints, and for failure to file a second amended complaint.  The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated:  July 7, 2022

/s *David W. Dugan*

_____

DAVID W. DUGAN
United States District Judge